In re:  BOY SCOUTS OF AMERICA; and DELAWARE BSA LLC,

      Debtors


The Continental Insurance Company; Columbia Casualty Company,

      Appellants